IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TONY VASQUEZ,**

      **Plaintiff,**

**v.**                                      **No. 12cv0609 SMV/GBW**

**RWI CONSTRUCTION, INC., et al.,**

      **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT

**THIS MATTER** is before the Court on *Plaintiff's Motion to File First Amended Complaint (Doc. 8)*, filed August 6, 2012, which modifies Plaintiff's claims, adds Defendants Sorenson Capital Partners, L.P. and RWI Acquisition LCC, and removes Defendant Sharon Swihart. This case has been consolidated for pretrial discovery purposes with the cases *Lucia Tarin, et al. v. RWI Construction Inc., et al*, Case No. 12-CV-0145 CG/LAM and *Irma Catano v. RWI Construction Inc., et al*, Case No. 12-CV-0592 GBW/LAM (*see Doc. 9*). As the referral judge assigned to the lowest-numbered case, the undersigned will handle the pretrial discovery matters for the three cases. Because Defendants do not oppose Plaintiff filing the First Amended Complaint, which is attached to Plaintiff's motion at *Document 8-1*, the undersigned will grant this motion and order Plaintiff to file the amended complaint.

      **IT IS THEREFORE ORDERED** that *Plaintiff's Motion to File First Amended Complaint (Doc. 8)* is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff file the First Amended Complaint, (*Doc. 8-1*), as a separate entry on the case docket.

**IT IS SO ORDERED.**

*Lourdes a. Martinez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**